# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Harry A. Rumis, Jr., et al

              **V.**                        **JUDGMENT IN A CIVIL CASE**

Brady Worldwide, Inc.

                                          **CASE NUMBER:**    05cv1758-J(NLS)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion for summary judgment is granted in its entirety........................................................

| May 22, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                    s/K. Johnson
                                                    (By) Deputy Clerk
                                                    ENTERED ON May 22, 2007